# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CRAIG HINOJOSA

NO. 2019 KW 1478

FEB 1 0 2020

---

In Re:    Craig Hinojosa, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          546742.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** Louisiana Corrections Administrative Remedy
Procedure is the exclusive remedy for an offender to challenge
the Department of Public Safety and Corrections' time
computations for his sentence, including credit for time served.
**Billizone v. Louisiana Dep't of Pub. Safety & Corr.,** 2017-0002
(La. App. 1st Cir. 6/14/17), 2017 WL 2603486.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT